UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ROE and JOHN Q. PUBLIC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>23ANDME, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:24-cv-02319<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS |

1   Plaintiffs Richard Roe and John Q. Public's ("Plaintiffs") Motion for Leave to Proceed
2 under Pseudonym (the "Motion") has come before the Court. Having considered the papers
3 submitted in support, and in opposition, if any, and for GOOD CAUSE shown, the Court ORDERS
4 as follows:

5   1.   The Motion is GRANTED;

7   **IT IS SO ORDERED**

9   Date: April ___, 2024                                         _____
10                                                                UNITED STATES DISTRICT JUDGE