| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| Elizabeth J. Cabraser (SBN 83151) | Dorothy P. Antullis (*pro hac vice*) |
| ecabraser@lchb.com | dantullis@rgrdlaw.com |
| Michael W. Sobol (SBN 194857) | Stuart A. Davidson (*pro hac vice*) |
| msobol@lchb.com | sdavidson@rgrdlaw.com |
| Melissa A. Gardner (SBN 289096) | Lindsey H. Taylor(*pro hac vice*) |
| mgardner@lchb.com | ltaylor@rgrdlaw.com |
| Jallé Dafa (SBN 290637) | Alexander C. Cohen (*pro hac vice*) |
| jdafa@lchb.com | acohen@rdrglaw.com |
| 275 Battery Street, 29th Floor | 225 NE Mizner Boulevard, Suite 720 |
| San Francisco, CA 94111 | Boca Raton, FL 33432 |
| Telephone: 415.956.1000 | Telephone: 561/750-3000 |

[Additional Counsel listed on signature page]

*Attorney for Plaintiffs Richard Roe, John Q. Public, and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ROE and JOHN Q. PUBLIC, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> 23ANDME, INC., <br><br> Defendant. | Case No. 3:24-cv-02319 <br><br> CERTIFICATE OF INTERESTED PARTIES |

1  Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiffs Richard Roe
2  and John Q. Public, hereby certify that as of this date, other than the named parties, there is no
3  such interest to report.

5  Dated: May 14, 2024                    Respectfully submitted,

*/s/ Melissa A. Gardner*
Melissa A. Gardner (SBN 289096)
mgardner@lchb.com
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Sean A. Petterson (*pro hac vice* forthcoming)
spetterson@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500

ROBBINS GELLER RUDMAN
  & DOWD LLP
Dorothy P. Antullis (*pro hac vice*)
dantullis@rgrdlaw.com
Stuart A. Davidson (*pro hac vice*)
sdavidson@rgrdlaw.com
Lindsey H. Taylor (*pro hac vice*)
ltaylor@rgrdlaw.com
Alexander C. Cohen (*pro hac vice*)
acohen@rdrglaw.com
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000

Aelish M. Baig (SBN 201279)
aelishb@rgrdlaw.com
Taeva Shefler (SBN 291637)
tshefler@rgrdlaw.com
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:  415.288.4545

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Richard Roe, John Q. Public, and the Proposed Class*